# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MALIK JENKINS** and **SHAKENA JENKINS** (h/w) and **JOHN VOLINO** <br> Plaintiffs <br><br> vs. <br><br> **CONSOLIDATE RAIL CORPORATION**, et al <br> Defendants | CIVIL ACTION <br><br> NO.: 2:16-cv-04074 <br><br> STIPULATION OF DISMISSAL |

The parties, by their respective counsel, Stipulate to this DISMISSAL of this lawsuit as it has been settled by the parties.

_____
LAWRENCE A. KATZ
Coffey Kaye Myers & Olley
Attorney for plaintiffs

_____
PHILIP J. ODETT
Attorney for Conrail and Renzenberger, Inc.

_____
THOMAS ZAMATORE
Attorneys for Wendell R. Evans and
Aalba Auto Salvage, Inc.

C:\Users\lkatz\Dropbox\I WorkDocs\Volino-Jenkins Dismissal.doc